United States District Court
Eastern District of California

FAROUK MOHAMMED ALWAZZAN

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT, et al.

Defendant(s)

Case Number: 1:26-cv-06607-TLN-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Abdel-Rahman Hamed hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Farouk Mohammed Alwazzan

On 08/19/2019 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/17/2026 Signature of Applicant: /s/ Abdel-Rahman Hamed

**Pro Hac Vice Attorney**

Applicant's Name: Abdel-Rahman Hamed

Law Firm Name: Hamed PLLC

Address: 1215 31st St NW # 25085

City: Washington State: DC Zip: 20027

Phone Number w/Area Code: (202) 888-8846

City and State of Residence: Virginia

Primary E-mail Address: abdelrahman@hamedlaw.com

Secondary E-mail Address: advocates@hamedlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sumouni Basu

Law Firm Name: The Sikh Coalition

Address: 165 Broadway

23rd Floor

City: New York State: NY Zip: 10006

Phone Number w/Area Code: (301) 433-5456 Bar # 342355

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/20/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Abdel-Rahman Hamed*

*was duly qualified and admitted on August 19, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 17, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***